SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
MIGUEL SOTO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO,<br><br>   Plaintiff,<br><br>   vs.<br><br>D&D WINE & SPIRITS INC D/B/A SUPER LIQUOR; GEORGE C. DEMIRCIFT, AS TRUSTEE OF THE GEORGE C. DEMIRCIFT AND ARYET DEMIRCIFT LIVING TRUST; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:20-cv-08213 ODW (GJSx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff Miguel Soto ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  January 13, 2021          **SO. CAL EQUAL ACCESS GROUP**

                                     */s/ Jason J. Kim*
                                    JASON J. KIM
                                    Attorney for Plaintiff