# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO<br><br>Plaintiff(s),<br><br>v.<br><br>D&D WINE & SPIRITS INC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–08213–FLA–GJS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   1/13/2021

Document Number(s):   20

Title of Document(s):   Notice of settlement by plaintiff

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Incorrect Judges initials as ODW. See 12/30/20 order of reassignment docket no. 19 to Judge Fernando L. Aenlle–Rocha. The correct case number henceforth is: 2:20–cv–08213 FLA(GJSx)

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 14, 2021          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS