**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MIGUEL SOTO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO,<br><br>              Plaintiff,<br><br>    vs.<br><br>D&D WINE & SPIRITS INC D/B/A SUPER LIQUOR; GEORGE C. DEMIRCIFT, AS TRUSTEE OF THE GEORGE C. DEMIRCIFT AND ARYET DEMIRCIFT LIVING TRUST; and DOES 1 to 10,<br><br>              Defendants. | **Case No.: 2:20-cv-08213 FLA (GJSx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that MIGUEL SOTO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

1

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  February 12, 2021    SO. CAL. EQUAL ACCESS GROUP

                            By:   */s/  Jason J. Kim*
                                     Jason J. Kim, Esq.
                                     Attorneys for Plaintiff